**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-2016**

---

In re:  TYRONE YOUNG,

       Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the Southern District of West Virginia, at Beckley.  (5:24-cv-00498)

---

Submitted:  October 30, 2025                    Decided:  November 4, 2025

---

Before RUSHING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Tyrone Young, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Young petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2241 petition. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court recently took significant action on Young's § 2241 petition. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*